1  CHARLES W. FAWCETT
   SKINNER FAWCETT LLP
2  Attorneys at Law
   515 South Sixth Street
3  P.O. Box 700
   Boise, ID 83701-0700
4  Telephone: (208) 345-2663
5  Facsimile: (208) 345-2668
   State Bar No. 1349
6
7  Attorneys for Defendant RJM ACQUISITION, LLC

8                    UNITED STATES DISTRICT COURT
9                         DISTRICT OF IDAHO
10

| | |
|---|---|
| 11  LACY E. SPENCER, | CASE NO. 3:13-cv-189 |
| 12           Plaintiff, | **NOTICE OF REMOVAL** |
| 13      vs. | |
| 14  RJM ACQUISITIONS, LLC, | |
| 15           Defendant. | |

16

17       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

18       PLEASE TAKE NOTICE that Defendant RJM ACQUISITIONS, LLC

19  ("RJM") hereby removes to this Court the state court action described below:

20       1.    On or about March 25, 2013, an action was commenced in the Second

21  Judicial District of the State of Idaho, In and For the County of Idaho, Small Claims

22  Department, entitled *Lacy E. Spencer v. RJM Acquisitions, LLC,* Case No.

23  CV42346. A true and correct copy of Plaintiff LACY E. SPENCER's ("Plaintiff")

24  Amended Claim is attached hereto as Exhibit "A."

25       2.    RJM was served with said Amended Claim on April 2, 2013. Attached

26  hereto as Exhibit "B" is a true and correct copy of a Service of Process Transmittal

27  reflecting a service date of April 2, 2013.

28

4823-7174-6579.1

NOTICE OF REMOVAL

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by RJM pursuant to the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1466 in that it arises under the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681, et seq.

4. There are no other defendants named in the Amended Claim.

DATED: April 19, 2013.                **SKINNER FAWCETT LLP**


By: ____/s/_____
Charles W. Fawcett, of the Firm
Attorneys for Defendant


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of April, 2013, I caused a true and correct copy of the foregoing document to be forwarded, by the method indicated below, to the following person(s):

Lacey E. Spencer                               ____ Hand delivery
513 S. D. Street                                 _X_ U.S. Mail
Grangeville, ID 83530                       ____ Facsimile: _____


____/s/_____
CHARLES W. FAWCETT

9:40  A

SECOND JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF IDAHO
SMALL CLAIMS DEPARTMENT

Lacy E Spencer,

PLAINTIFF(S),

vs.

RJM Acquisitions LLC.

DEFENDANT(S).

CASE NO. CV42346
Amended CLAIM

| | | | | | | |
|---|---|---|---|---|---|---|
| Lacy E Spencer | 513 S D St | Grangeville | Id | 83530 | 983-2637 |
| Plaintiff's Name | Address | City | State | Zip | Phone |

| | | | | | |
|---|---|---|---|---|---|
| Plaintiff's Name | Address | City | State | Zip | Phone |

| | | | | | |
|---|---|---|---|---|---|
| RJM Acquisitions LLC | 575 Underhill Blvd suite 224 | Syosset, NY | 11791-4437 | |
| Defendant's Name | Address | City | State | Zip | Phone |

1 800 644-8075

| | | | | | |
|---|---|---|---|---|---|
| Defendant's Name | Address | City | State | Zip | Phone |

If you are seeking a judgment for money, fill out this portion.

AMOUNT OF CLAIM: $3,000.00  (not including filing and service fees)
DATE CLAIM AROSE: 3-18-2013  (month and year)
BASIS FOR YOUR CLAIM: This Company Falsified records and damaged my credit.

If you are seeking a judgment for the return of personal property, fill out this portion.

PERSONAL PROPERTY: I am the owner, or I am entitled to possess, the following personal property, which is being held by the defendant (specifically describe the property):

VALUE OF PROPERTY: $

Service of process by certified mail requested: ____ Yes ____ No

BY SIGNING THIS CLAIM, THE PLAINTIFF VERIFIES THAT 1) the plaintiff is the true owner of the claim, 2) the defendant resides in Idaho County, or the defendant resides outside Idaho and the claim arose in _____ County, and 3) the information above is true and correct to the plaintiff's best knowledge.

Lacy E. Spencer
Plaintiff's Signature

Subscribed and sworn to before me 3-25-13.

KATHY M. ACKERMAN, CLERK

Deputy Clerk or Notary Public
If Notary, my commission Expires:

SMC-Complaint

Exhibit A

1031912428



**Service of Process Transmittal**
04/02/2013
CT Log Number 522437382

**TO:** Amanda Komornik
RJM Acquisitions LLC
575 Underhill Boulevard, Suite 224
Syosset, NY 11791-3416

**RE:** **Process Served in Idaho**

**FOR:** RJM Acquisitions LLC (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lacy E. Spencer, Pltf. vs. RJM Acquisitions LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Amended summons, Amended claim, Answer(s) |
| **COURT/AGENCY:** | Idaho County, Second Judicial District, ID<br>Case # CV42346 |
| **NATURE OF ACTION:** | Monies Due and Owing - Amount $3,000.00 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Boise, ID |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/02/2013 at 14:45 |
| **JURISDICTION SERVED:** | Idaho |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days from the date you receive this summons |
| **ATTORNEY(S) / SENDER(S):** | Kathy M. Ackerman<br>Deputy Court Clerk<br>Idaho County District Court<br>320 West Main St.<br>Grangeville, ID 83530 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/02/2013, Expected Purge Date: 04/07/2013<br>Image SOP<br>Email Notification, Amanda Komornik akomornik@rjmacq.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Amy McLaren<br>921 S. Orchard Street<br>Suite G<br>Boise, ID 83705<br>800-592-9023 |

Page 1 of 1 / SM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Exhibit B