JOHN R. MCDEVITT
SKINNER FAWCETT LLP
Attorneys at Law
515 South Sixth Street
P.O. Box 700
Boise, ID 83701-0700
Telephone: (208) 345-2663
Facsimile: (208) 345-2668
Bar No. 8719

Attorneys for Defendant RJM ACQUISITIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LACY E. SPENCER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RJM ACQUISITIONS, LLC,<br><br>　　　　　Defendant. | Case No. 3-13-cv-00189-CWD<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

COME NOW the Plaintiff and Defendant, by and through its undersigned attorney of record, and hereby stipulate and agree that this matter may be dismissed with prejudice, each party to bear its own court costs and attorney's fees.

DATED this 27th day of September, 2013.

_\_\_/s/_____
LACY E. SPENCER, Plaintiff

**SKINNER FAWCETT LLP**

_____/s/_____
JOHN R. MCDEVITT, of the Firm
Attorneys for Defendant