UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LACY E. SPENCER,<br><br>               Plaintiff,<br>vs.<br><br>RJM ACQUISITIONS, LLC,<br><br>               Defendant.<br>_____ | Case No. 3-13-cv-00189-CWD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal with Prejudice, (Dkt. 17), and good cause appearing therefor;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each party to bear its own court costs and attorney's fees.

Dated: **September 30, 2013**

_signature_
Honorable Candy W. Dale
United States Magistrate Judge